UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SINGH HOUSING & INVESTMENT, LLC et al.,

    Plaintiffs,

v.                                             Case No. 14-14021

CITY OF INKSTER,

    Defendant.
                                        /

**ORDER OF DISMISSAL**

On November 25, 2014, the court conducted a telephone conference in the above-captioned matter. During the conference, counsel for both parties anticipated that a case pending before the Michigan Court of Appeals, *Trahey v. City of Inkster*, No. 320161 (Mich. Ct. App. filed Feb. 3, 2014), might have a significant impact on the instant suit. The parties agreed to dismiss this matter with the possibility of reopening this matter based on the outcome of *Trahey*. It thus appears that further court involvement is, at this point, unnecessary. Accordingly,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case within thirty days of the issuance of a final decision in *Trahey*, by filing a "Notice of Reopening." If such a notice is filed, the case will immediately be placed back on the court's active docket, with no further costs or fees to either party and the litigation will proceed as if the case had not been dismissed.

After thirty days following the issuance of a final decision in *Trahey*, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: December 5, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 5, 2014, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522